IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LA RUCHE IMPORTS, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-3127 |
| APL LIMITED, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 12). The motion is granted. The initial pretrial and scheduling conference is reset to **February 3, 2012, at 9:00 a.m.** The joint discovery case management plan is due by January 20, 2012.

SIGNED on November 28, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge